**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

QUINCY HAMILTON, BRYANT D. FARMER,
and PATRICK TAYLOR                                                       PLAINTIFFS

v.                                    4:06CV00519 JLH

BOBBY BROWN                                                              DEFENDANT

<u>**JUDGMENT**</u>

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 8th day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE